IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIE KELLY, | ) | |
| | ) | No.     14 C 439 |
| Plaintiff, | ) | |
| | ) | Judge |
| v. | ) | Charles P. Kocoras |
| | ) | |
| SUPT. MARTINEZ, et. al., | ) | Magistrate Judge |
| | ) | Mary M. Rowland |
| Defendants. | ) | |

**DEFENDANTS' AMENDED ANSWER TO PLAINTIFF'S COMPLAINT**

NOW COME, the Defendants, Supt. SALOMON MARTINEZ, Sgt. JOHN MANOS and Officer TIMOTHY BAKER ("Defendants"), by and through their attorney, ANITA ALVAREZ, State's Attorney of Cook County, and Nicholas E. Cummings, Assistant State's Attorney, and submits Defendants' Answer to Plaintiff's Complaint states as follows:

1. On 11/18/2013 during 7-3 shift on H-3 of Division #1 during dayroom time plaintiff Willie Kelly was watching T.V. when C/O Baker called plaintiff to go and get another detainee.

**ANSWER:** Defendants MARTINEZ and MANOS are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 1 of Plaintiff's Complaint. Defendant BAKER denies the allegations contained in Paragraph 1 of Plaintiff's Complaint.

2. C/O Baker became very disrespectful and hostile calling plaintiff a bitch due to plaintiff not moving fast enought (sic) Plaintiff asked C/O Baker would he please not talk to him disrespectful C/O Baker became even more hostile and disrespectful toward Plaintiff.

**ANSWER:** Defendants MARTINEZ and MANOS are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 2 of Plaintiff's Complaint. Defendant BAKER denies the allegations contained in Paragraph 2 of Plaintiff's Complaint.

1

3. Plaintiff Kelly asked C/O Baker could he please call a Supervisor C/O Baker told Plaintiff that he was not calling no (sic) fucking body C/O Baker then told Plaintiff to lock his bitch ass up in the cell plaintiff complied with C/O Baker orders and locked up in his cell.

**ANSWER:** Defendants MARTINEZ and MANOS are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 3 of Plaintiff's Complaint. Defendant BAKER denies the allegations contained in Paragraph 3 of Plaintiff's Complaint.

4. Plaintiff door to the cell he was housed in was opened by C/O Baker and Plaintiff was harassed & threaten by C/O Baker. C/O Baker told plaintiff that he would beat his black ass if he tell (sic) a Supervisor anything!

**ANSWER:** Defendants MARTINEZ and MANOS are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 4 of Plaintiff's Complaint. Defendant BAKER denies the allegations contained in Paragraph 4 of Plaintiff's Complaint.

5. Plaintiff told C/O Baker that he didn't want any problems and cold he please leave (sic) him alone C/O Baker then left Plaintiff cell without further actions. While Plaintiff was in the cell reading Supt. Martinez came to the cell Plaintiff was housed in.

**ANSWER:** Defendant MANOS is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 5 of Plaintiff's Complaint. Defendants MARTINEZ and BAKER deny the allegations contained in Paragraph 5 of Plaintiff's Complaint.

6. Supt. Martinez then gave Sgt. Manos and C/O Baker orders to throw Plaintiff up against the wall. Plaintiff was then cuffed up and walked to Div. 9 level system without his personal property.

**ANSWER:** Defendants admit Plaintiff was transferred to Division 9 of the Cook County Jail. Defendants deny all other allegations contained in Paragraph 6 of Plaintiff's Complaint.

7. Plaintiff was housed in a cold cell in Division 9 level system Supermax under the Supervision of Supt. Victor Thomas and administrator Commander Frank Arce.

**ANSWER:** Defendants admit Plaintiff was housed in Division 9 of Cook County Jail. Defendants also admit that Victor Thomas is the Superintendent of Division 9 of the Cook County Jail. Defendants deny all other allegations contained in Paragraph 7 of Plaintiff's Complaint.

8. Plaintiff was moved from Division #1 to Division #9 Supermax (11/18/13 level system) where Plaintiff was placed in a freezing cold cell on Tier 1-F without any of his personal property. Plaintiff asked what was he being put in Div. #9 level system Supermax for and why was he being denied his personal property, Superintendent Victor Thomas told Plaintiff that he wouldn't be getting it back.

**ANSWER:** Defendants admit Plaintiff was transferred from Division 1 to Division 9 of Cook County Jail. Defendants are without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in Paragraph 8 of Plaintiff's Complaint.

9. Plaintiff has been held in the level system Supermax since 11/18/13 without any notice nor ticket that violated any of the CCDOC rules nor has Plaintiff went to any hearing board for violating any offences nor has there been any process in placing Plaintiff in Div. 9 level system Supermax without his personal property which Plaintiff is granted due process and equal protection of the law.

**ANSWER:** Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 9 of Plaintiff's Complaint.

**"Individual and Official Capacity"**
**"Color of Law"**

At all times relevant to this Complaint Defendant Supt. Martinez (herein after "Martinez") was and is an (sic) Superintendent in the Cook County Jail. Martinez is sued in his individual and official capacity.

**ANSWER:** Defendant MARTINEZ admits he is a Superintendent with the Cook County Department of Corrections.

At all times relevant to this Complaint Defendant Supt. Victor Thomas, (herein after "Thomas" was and is an (sic) Superintendent in the Cook County Jail. Thomas is sued in his individual and official capacity.

**ANSWER:** Defendants do not answer this allegation as Victor Thomas is not a party to this action.

At all times relevant to this Complaint Defendant Commander Frank Arce, (herein after "Arce") was and is an (sic) Commander in the Cook County Jail. Arce is sued in his individual and official capacity.

**ANSWER:** Defendants do not answer this allegation as Frank Arce is not a party to this action.

At all times relevant to this Complaint Defendant Sgt. Manos, Manos (herein after "Manos') was and is a Sgt. in the Cook County Jail. Manos is sued in his individual and official capacity.

**ANSWER:** Defendant MANOS admits he is a Sergeant with the Cook County Department of Corrections.

At all times relevant to this Complaint Defendant C/O Baker, Baker (herein after "Baker") was and is a (sic) Officer in the Cook County Jail. Baker is sued in his individual and official capacity.

**ANSWER:** Defendant BAKER admits he is a correctional officer with the Cook County Department of Corrections.

## "COLOR OF LAW"

At all times relevant to this Complaint Defendants Martinez, Thomas, Arce, Manos, Baker, were acting under the Color of State Law.

**ANSWER:** Defendants admit that at all times relevant to the complaint they were employed as deputy sheriffs of the office of the Cook County Sheriff.

4

## EXHAUSTIONOF LEGAL REMEDIES

Plaintiff Willie Kelly used the Cook County Dept. of Corrections Grievance procedure available at Cook County Jail to try and solve the problem.

1) On 11/19/13 Plaintiff Willie Kelly filed several grievances and presented a brief summary of the facts relating to this complaint but got no response (refer to Exhibit "A").

**ANSWER:** Defendants deny the allegations contained in Paragraph 1 of "Exhaustion of Legal Remedies" of Plaintiff's Complaint.

2) On 12/5/13 Plaintiff talked to Social Service Worker who was Plaintiff's Social Service Worker Robert Jewell and who's in charge of processing grievances. Plaintiff asked Robert Jewell why hasn't he got a response from the several grievances he wrote relating to this complaint Plaintiff was told by Robert Jewell that he won't hear any response because it's a non-grievance and he's not processing them as grievances please (refer to Exhibit "A", "B". Look in left hand corner top where it's marked N/A.

**ANSWER:** Defendants deny the allegations contained in Paragraph 2 of "Exhaustion of Legal Remedies" of Plaintiff's Complaint.

3) Plaintiff Willie Kelly has tried to exhaust his legal remedies only to be blocked his right to redress to the government which this is a practice in Div. #9 Cook County Jail Social Services Robert Jewell.

**ANSWER:** Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations of the practices of Division 9 Social worker Robert Jewell Defendants deny all other allegations contained in Paragraph 3 of "Exhaustion of Legal Remedies" of Plaintiff's Complaint.

## "LEGAL CLAIMS"

Plaintiff Willie Kelly realleges (sic) and incorporates by reference paragraphs (1-9)

1) Presented the facts related to this Complaint Defendant Supt. Martinez, Sgt. Manos

5

and C/O Baker unlawful throwing out plaintiff's Willie Kelly property violated plaintiff rights deprived plaintiff Liberty, due process of the law equal protection of the law, and constituted cruel and unusual punishment under the "Due Process Clause" of the Fourteenth and Eighth Amendment of the U.S. Constitution (references (1)(2)(5)(6)).

**ANSWER:** Defendants deny the allegations contained in Paragraph 1 of "Legal Claims" of Plaintiff's Complaint.

2) Presented the facts related to this Complaint Defendant Supt. Martinez ordering and or allowing Sgt. Manos and C\O Baker to use unreasonable excessive force violated Plaintiff Willie Kelly rights deprived Plaintiff Liberty, due process of the law, equal protection of the law and constituted cruel amendments of the U.S. Constitution of the U.S.A. (references (5)(6)).

**ANSWER:** Defendants deny the allegations contained in Paragraph 2 of "Legal Claims" of Plaintiff's Complaint.

3) Presented the facts related to this Complaint Defendant Supt. Victor Thomas and Administrative Commander Frank Arce holding Plaintiff Willie Kelly knowingly without notice, process a (sic) investigative report or a hearing violate Plaintiff rights under the "Due Process Clause" of the 14th and 18th Amendment of the U.S. Constitution (references (7)(8)(9)).

**ANSWER:** Defendants do not answer the allegations contained in Paragraph 3 of "Legal Claims" of Plaintiff's Complaint as Victor Thomas and Frank Arce are not parties to this action.

## AFFIRMATIVE DEFENSES

NOW COME the Defendants, Supt. SALOMON MARTINEZ, Sgt. JOHN MANOS and Officer TIMOTHY BAKER ("Defendants"), by and through their attorney, ANITA ALVAREZ, State's Attorney of Cook County, and Nicholas E. Cummings, Assistant State's Attorney, and pleads the following Affirmative Defenses:

1. Defendants' conduct was at all times objectively reasonable and did not violate any of Plaintiff's clearly established Constitutional rights. Accordingly, Defendants are entitled to Qualified Immunity.

2. Plaintiff has failed to exhaust his administrative remedies as required by the Prison Litigation Reform Act, 42 U.S.C. § 1997(e)(a). *See Dale v. Lappin*, 376 F.3d 652, 655 (7th Cir. 2004).

3. Plaintiff's suit is a collateral attack on any disciplinary proceeding which occurred as a result of this incident. Accordingly, his suit is barred by the *Heck* Doctrine. *See Stone-Bey v. Barnes*, 120 F/3d 718 (7th Cir. 1997).

WHEREFORE, Defendants, Supt. SALOMON MARTINEZ, Sgt. JOHN MANOS and Officer TIMOTHY BAKER pray that this Honorable Court enter a finding that Plaintiff's Complaint be dismissed with prejudice and that this Court grant such other relief to Defendants as it deems proper and just.

## JURY DEMAND

Defendants Supt. SALOMON MARTINEZ, Sgt. JOHN MANOS and Officer TIMOTHY BAKER request a trial by jury.

Respectfully Submitted,

ANITA ALVAREZ
State's Attorney of Cook County

By: */s/ Nicholas E. Cummings*  \_\_\_\_
Nicholas E. Cummings
Assistant State's Attorney
Richard J. Daley Center
50 West Washington, Suite 500
Chicago, Illinois 60602
(312) 603-6638